# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JUDY A. TUCKER

          V.          CASE No.: 1:05-CV-1451(GTE/DRH)

HARTFORD LIFE AND ACCIDENT
INSURANCE CO.

| | |
|---|---|
| [] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANT vacating the decision to deny long term disability benefits to Plaintiff and remanding this matter to Defendant for further consideration pursuant to the Memorandum Opinion and Order of the Hon. Garnett Thomas Eisele filed March 14, 2008.

DATED:  March 18, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp